RECEIVED
OCT 10 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JONATHAN LEE VERNIER | CIVIL ACTION NO. 07-2116 |
| VERSUS | JUDGE MELANÇON |
| VICTOR SALVADOR, ET AL | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred Methvin for Report and Recommendation. No objections have been filed.[1] The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly, it is

**ORDERED** that plaintiff's civil rights claims are **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1).

**IT IS FURTHER ORDERED** that plaintiff's Motion to Amend his Complaint [Rec. Doc. 6] is **DENIED AS MOOT**.

**THUS DONE AND SIGNED** this 9th day of October, 2008 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge

---

[1] Plaintiff did file a Motion to Amend his Complaint [Rec. Doc. 6]. However, the Court agrees with the Magistrate Judge's assessment that further amendment would serve no useful purpose.